UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
**JOANTHAN BARAM, an individual**

                            Case No.: 23CV1758

Plaintiff,

                         **ORDER TO SHOW CAUSE**

-against-

**JANE DOE, an individual;
DICELLO LEVITT fka DICELLO
LEVITT GUTZLER, a Law Firm;
THE HABA LAW FIRM, P.A., a law
firm; FARZIN FRANKLIN AMANAT,
ESQ., an individual; GREG
GARRELL GUTZLER, ESQ., an
individual; and LISA HABA,
ESQ. an individual;**

    Defendants.
---------------------------------X

    Upon the affidavit of, T. Edward Williams, Esq., sworn to the 1st day of March, 2023, and upon the copy of the Complaint hereto annexed, it is

    **ORDERED,** that the above named defendant, Jane Doe, show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on March 6, 2023, at 12:00 o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should

not ordering Defendant, Jane Doe, to disclose her identity so that Plaintiff, Jonathan Baram, can effect personal service on her;

and it is further ORDERED that no security is required to be posted;

and it is further ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or her counsel on or before 01:00 o'clock pm in the afternoon, on Farzin Frank Amanat, Esq. and Greg Garrell Gutzler, Esq. on **Friday, March 3, 2023**, at 485 Lexington Avenue, Suite 1001 New York, New York 10017 shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED:_____M

_____
United States District Judge