UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN BARAM,

                Plaintiff,

        – against –

JANE DOE, DICELLO LEVITT *formerly known as* DICELLO LEVITT GUTZLER*,* THE HABA LAW FIRM PA, FARZIN FRANKLIN AMANAT, GREG GARRELL, and LISA HABA,

                Defendants.

**ORDER**

23 Civ. 1758 (ER)

Ramos, D.J.:

On March 1, 2023, Jonathan Baram, seeking emergency relief, requested a hearing to show cause for why the Court should not order Defendants to disclose the identity of Jane Doe. Doc. 10.  On March 7, 2023, a hearing was held.  For the reasons set forth on the record, Baram's application is denied.

It is SO ORDERED.

Dated:    March 8, 2023
           New York, New York

_____
          Edgardo Ramos, U.S.D.J.