UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN BARAM,

                Plaintiff,

- against -

JANE DOE, DICELLO LEVIIT F/K/A DICELLO LEVITT GUTZLER, THE HABA LAW FIRM P.A., FARZIN FRANKLIN AMANAT, ESQ., GREG GARRELL GUTZLER, ESQ., *and* LISA HABA, ESQ.,

                Defendants.

**ORDER**

23-cv-1758 (ER)

Ramos, D.J.:

    For the reasons set forth on the record at the June 8, 2023 telephonic pre-motion conference, Defendant Jane Doe's request to set aside the default is GRANTED. The Clerk's Certificate of Default, Doc. 34, is hereby vacated.

    SO ORDERED.

Dated: June 8, 2023
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.