**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JONATHAN BARAM, an Individual,

                                                        Case No. 1:23-cv-01758 (ER)

                    Plaintiff,

            -against-

JANE DOE, an Individual; DıCELLO
LEVITT fka DıCELLO LEVITT GUTZLER,
a Law Firm; THE HABA LAW FIRM, P.A.,
a Law Firm; FARZIN FRANKLIN AMANAT,
ESQ., an Individual; GREG GARRELL
GUTZLER, ESQ., an Individual; and
LISA HABA, ESQ., an Individual,

                    Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support,

and upon the pleadings and proceedings had herein, Defendants, DiCello Levitt LLP ("DL Firm");

F. Franklin Amanat, Esq. ("Amanat"); Greg Garrell Gutzler, Esq. ("Gutzler"); The Haba Law

Firm, P.A. ("Haba Firm"); and Lisa Haba, Esq. ("Haba") (collectively, the "Attorney

Defendants"), will move this Court, before the Honorable Edgardo Ramos, at the United States

District Court for the Southern District of New York, at the courthouse located at Thurgood

Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007, for an Order:

      (i)     pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6) and 9(b), dismissing Plaintiff

                 Jonathan Baram's Complaint; and

      (ii)    granting the Attorney Defendants such other and further relief as the Court deems

                 just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that, by Order of the Court dated June 21, 2023,

any opposing declaration(s), affidavit(s) and/or answering memorandum shall be served on or by

August 2, 2023, and reply declaration(s), affidavit(s) or memorandum shall be served on or by

August 9, 2023.

Dated: Woodbury, New York
       July 12, 2023

**KAUFMAN DOLOWICH & VOLUCK, LLP**

                Brett A. Scher, Esq.
                Anthony J. Proscia, Esq.
                135 Crossways Park Drive, Suite 201
                Woodbury, New York 11797
                T: (516) 681-1100
                *Attorneys for Defendants*
                *DiCello Levitt Gutzler LLC; The Haba Law*
                *Firm, P.A.; Farzin Franklin Amanat, Esq.; Greg*
                *Garrell Gutzler, Esq.; and Lisa Haba, Esq.*

To:    All Appearing Parties (*via* ECF Only)