UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN BARAM, an Individual,

                Plaintiff,

     -against-

JANE DOE, an Individual; DICELLO
LEVITT LLP fka DICELLO LEVITT GUTZLER,
a Law Firm; THE HABA LAW FIRM, P.A.,
a Law Firm; FARZIN FRANKLIN AMANAT,
ESQ., an Individual; GREG GARRELL
GUTZLER, ESQ., an Individual; and
LISA HABA, ESQ., an Individual,

                Defendants.
------------------------------------------------------------X

Case No. 1:23-cv-01758 (ER)

## **DEFENDANT JANE DOE'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the annexed memorandum of law, Defendant Jane Doe respectfully moves this court to dismiss the complaint in this action pursuant to Fed. R. Civ. P. 12(b)(3), 12(b)(6), and 9(b).

Dated: New York, New York
       July 12, 2023

Respectfully submitted,

**DICELLO LEVITT LLP**
*Attorneys for Defendant Jane Doe*

/s/ *Charles F. Dender*
Charles F. Dender, Esq.
485 Lexington Avenue, Suite 1001
New York, NY 10017
(212) 933-1000
cdender@dicellolevitt.com