**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JONATHAN BARAM,

                      Plaintiff,

  -against-                                          23 **CIVIL** 1758 (ER)

                                                   **<u>JUDGMENT</u>**

JANE DOE, DICELLO LEVITT f/k/a DICELLO LEVITT
GUTZLER, THE HABA LAW FIRM P.A., FARZIN
FRANKLIN AMANAT, ESQ., GREG GARRELL
GUTZLER, ESQ., and LISA HABA, ESQ.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 22, 2024, the motion to dismiss is GRANTED, and the motion for sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

       January 23, 2024

                                                                           **RUBY J. KRAJICK**
                                                                             **Clerk of Court**

                                 **BY:**         *K. Mango*

                                                                             **Deputy Clerk**